## M. GUEST V. P. G. PHILLIPS AND OTHERS.

1. When a party sues for the benefit of an estate of which he is the legal representative, he must, by direct and positive allegations, show that he sues in his representative capacity, or he will not be entitled to appeal without giving an appeal bond.

2. The plaintiff sued upon a note, payable to himself by the description of " Martin Guest, executor, or bearer," but his petition did not, otherwise than by a reference to these terms of the note, import that the suit was brought by him in a representative capacity. There being judgment against him in the court below, he gave notice of appeal, but filed no appeal bond. *Held*, that the appeal must be dismissed for want of an appeal bond.

APPEAL from Red River. Tried below before the Hon. Winston Banks.

The case is sufficiently stated in the opinion.

*Wright & Sims*, for the appellees, moved to dismiss for want of an appeal bond.

*J. N. Clark*, for the appellant.

OGDEN, J.—The appellee has filed a motion to dismiss this cause for the want of an appeal bond, and we think the motion must be sustained. The suit was originally brought by the appellant in his individual capacity, upon a note executed to Martin Guest, executor, or bearer; and this description of the person set out in the note is no evidence that he sues in a fiduciary capacity. A party suing for the benefit of an estate he represents, must show that fact by direct and positive allegations in his petition, or he will not be entitled to an appeal without giving an appeal bond. This cause is therefore dismissed for want of an appeal bond.

Dismissed.